United States Bankruptcy Court
Western District of Arkansas

In re:  
Scott Melvin Hicks  
    Debtor

Case No. 19-70153-btb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0861-3     User: angie     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                    Form ID: onoppobj     Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +Scott Melvin Hicks,    744 MC 7016,    Flippin, AR 72634-9428
4985738        +Desiree Hicks,    c/o John Crain, Attorney,     PO Box 351,    Mountain Home, AR 72654-0351
4985737        +Desiree Hicks,    588 Western Hills Loop,    Mountain Home, AR 72653-6516
4985739        +Desiree S. Hicks,    c/o John Crain,    PO Box 351,    Mountain Home, AR 72654-0351
4985740        +First Federal Bank,    P.O. Box 550,    Harrison, AR 72602-0550
4985741         J. Douglas Gramling,    Gramling/Estes Law Firm,    PO Drawer 3883,    Fayetteville, AR 72702-3883
4985742        +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4985743        +E-mail/Text: bankruptcy@pro-credit.com Feb 12 2019 00:40:09      Professional Credit Mgmt Inc.,
                 PO Box 4037,    Jonesboro, AR 72403-4037
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
              Jill R. Jacoway    jacowaylaw@sbcglobal.net, jacoway@ecf.epiqsystems.com;AR19@ecfcbis.com
              John A. Crain    on behalf of Creditor Desiree S Hicks jebreb@hotmail.com, jc_arklaw@yahoo.com
              Paul Allen Bayless    on behalf of Debtor Scott Melvin Hicks cooplaw@suddenlinkmail.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov
                                                                                             TOTAL: 4
```

Form onoppobj

**UNITED STATES BANKRUPTCY COURT**
Western District of Arkansas

| | |
|---|---|
| In Re: Scott Melvin Hicks<br>Debtor | Case No.: 3:19–bk–70153<br>Chapter: 7<br>Judge: Ben T Barry |
| Desiree S Hicks | MOVANT |
| vs. | |
| Scott Melvin Hicks<br>and Jill R. Jacoway, Trustee | RESPONDENTS |

ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO
MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on 2/6/19.

*11* − Amended Motion for Relief from Stay . RE: related document(s) 9 Filed by John A. Crain on behalf of Desiree S Hicks (Crain, John)

YOU ARE FURTHER NOTIFIED THAT you have twenty−one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

3/6/19 at 09:00 AM at:

U.S. Federal Building, 35 E. Mountain St., 4th Floor, Room 416, Fayetteville, AR 72701

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**

Dated: 2/11/19

*/s/ Ben Barry*

UNITED STATES BANKRUPTCY JUDGE