IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE: SCOTT MELVIN HICKS, Debtor

CASE NO. 3:19-bk-70153
CHAPTER 7

**AGREED ORDER ON AMENDED
MOTION FOR RELIEF OF STAY**

On this 14th day of March, 2019, comes on to be presented to this Court the Agreed Order between John A. Crain, attorney representing Desiree Hicks, and Paul Bayless, attorney representing Scott Melvin Hicks, debtor herein, and the Court doth find:

1. That the Amended Motion for Relief of Stay filed as Document #11 by John A. Crain, on behalf of Desiree Hicks, is hereby granted.

IT IS SO ORDERED.

*/s/ Ben Barry*
Ben Barry
United States Bankruptcy Judge
Dated: 03/15/2019

APPROVED:

_____
PAUL BAYLESS, attorney for Scott Melvin Hicks

_____
JOHN A. CRAIN, attorney for Desiree S. Hicks

EOD: March 15, 2019